UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION, | ) ) ) |
| Plaintiff, | ) 3:06-cv-00512-LRH-RAM ) |
| vs. | ) MINUTE ORDER ) ) March 26, 2008 |
| ALLIANCE DEVELOPMENT COMPANY, et al., | ) ) |
| Defendants. | ) ) |

PRESENT:  THE HONORABLE LARRY R. HICKS, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK: ROSEMARIE MILLER          REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):         NONE APPEARING

COUNSEL FOR DEFENDANT(S):         NONE APPEARING

MINUTE ORDER IN CHAMBERS:

     Before the court is Plaintiff's Second Motion for Order of Contempt, Immediate Compliance with Court Orders, Additional Information, and Attorney Fees (#69).  Defendants responded (#71) and Plaintiff replied (#73).  Pursuant to the Minutes of Proceedings of the March 25, 2008, Settlement Conference (#96) that the parties are in the process of reaching resolution of the case, it would appear that Plaintiff's motion (#69) likely would be resolved through the settlement process.  Plaintiff's motion (#69) is denied without prejudice as moot.  In the event that settlement should fail, Plaintiff may renew its motion.

                                     LANCE S. WILSON, CLERK

                                     By:         /s/
                                               Deputy Clerk